UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Bilyard, Cheri L.

Case No.: __20-16112__  
Chapter: __7__  
Judge: __KCF__

**NOTICE OF PROPOSED ABANDONMENT**

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | 402 East State Street<br>Trenton, NJ 08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on ____August 18, 2020____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 120 Pearl Street<br>Mount Holly, NJ<br>FMV - +/- $ 95,000.00 |
|---|---|

| Liens on property: | Midland Mortgage- $ 81,740.43<br><br>Plus 10% Estimated Costs of Sale |
|---|---|

| Amount of equity claimed as exempt: | $ -0- Debtor has additional exemptions to claim that would exceed any equity in the property. |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:     Daniel E. Straffi, Esq.  
Address:  670 Commons Way Toms River, NJ 08755  
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 20-16112-KCF
Cheri L. Bilyard                                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jul 15, 2020
                              Form ID: pdf905          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2020.
```
db              #+Cheri L. Bilyard,    120 Pearl Street,    Mount Holly, NJ 08060-1816
518820222        +Citibank,    Po Box 6217,    Sioux Falls, SD 57117-6217
518820221        +Citibank,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                   St Louis, MO 63179-0034
518820224        +Citibank/Best Buy,    Po Box 6497,    Sioux Falls, SD 57117-6497
518820223        +Citibank/Best Buy,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                   St Louis, MO 63179-0034
518820228        +EnerBankUSA,    1245 E Brickyard,    Salt Lake City, UT 84106-2559
518820227        +EnerBankUSA,    Attn: Bankruptcy,    1245 Brickyard Rd Ste 600,    Salt Lake City, UT 84106-2562
518820230       #+Kristen Fowler,    120 Peal Street,    Mount Holly, NJ 08060-1816
518820232        +Midland Mortgage Co,    Pob 268959,    Oklahoma City, OK 73126-8959
518820231        +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                   Oklahoma City, OK 73126-0648
518820233       ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                   TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Bankruptcy Section,    PO Box 245,
                   Trenton, NJ 08695-0245)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 16 2020 00:54:35      U.S. Attorney,    970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 16 2020 00:54:32      United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                   Newark, NJ 07102-5235
518820216       +E-mail/Text: ally@ebn.phinsolutions.com Jul 16 2020 00:53:37      Ally,    Po Box 380901,
                   Bloomington, MN 55438-0901
518820215       +E-mail/Text: ally@ebn.phinsolutions.com Jul 16 2020 00:53:37      Ally,    Attn: Bankruptcy,
                   Po Box 380901,    Bloomington, MN 55438-0901
518820218       +E-mail/Text: bk@avant.com Jul 16 2020 00:54:55      Avant,    222 N. Lasalle St,
                   Chicago, IL 60601-1003
518820217       +E-mail/Text: bk@avant.com Jul 16 2020 00:54:55      Avant,    Attn: Bankruptcy,    Po Box 9183380,
                   Chicago, IL 60691-3380
518820220       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 16 2020 01:02:28      Capital One,
                   Po Box 30281,    Salt Lake City, UT 84130-0281
518820219       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 16 2020 01:03:50      Capital One,
                   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518820226        E-mail/Text: mrdiscen@discover.com Jul 16 2020 00:53:43      Discover Financial,    Pob 15316,
                   Wilmington, DE 19850
518820225       +E-mail/Text: mrdiscen@discover.com Jul 16 2020 00:53:43      Discover Financial,
                   Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
518820229        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 16 2020 00:54:06      Internal Revenue Service,
                   Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518820234       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2020 01:03:03      Synchrony Bank/ Old Navy,
                   Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518820235       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2020 01:03:45      Synchrony Bank/ Old Navy,
                   Po Box 965005,    Orlando, FL 32896-5005
                                                                                              TOTAL: 13
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2020                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2           Date Rcvd: Jul 15, 2020
                              Form ID: pdf905          Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2020 at the address(es) listed below:

```
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Warren S. Jones, Jr.    on behalf of Debtor Cheri L. Bilyard email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                             TOTAL: 5
```